IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEMALTO, INCORPORATED | : | NO. 11-6902 |

## ORDER

**AND NOW**, this 25th day of March, 2013, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 22), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  **IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff as to both Counts of the Complaint.

BY THE COURT:

**/s/John R. Padova**

_____
John R. Padova, J.